**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1736

In re:  DAVID HILL,

      Petitioner.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Alexandria.  (1:01-cr-00191-CMH-1; 1:20-cv-00474-CMH-TCB)

Submitted:  November 10, 2022                              Decided:  June 23, 2023

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and MOTZ, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

David Hill, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hill petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on the 28 U.S.C. § 2241 habeas petition transferred to Hill's criminal case. Hill seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that, by order entered on September 21, 2022, the district court denied the § 2241 petition identified in the instant mandamus petition. *See United States v. Hill*, No. 1:01-cr-00191-CMH-1 (E.D. Va. PACER No. 453). Accordingly, because the district court recently decided Hill's petition, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*